# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 14-813-DSF (PLA)                                                                  Date July 18, 2014

Title:   Bruce Richard Senator v. Carolyn W. Colvin

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of June 9, 2014, plaintiff was ordered to file two copies of the Proof of Service showing compliance with the Court's Order within thirty days of the filing on the complaint, i.e., by July 9, 2014. To date, the copies of the Proof of Service have not been filed with the Court.  Accordingly, **no later than July 25, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the two copies of the Proof of Service on or before July 25, 2014, shall be deemed compliance with this Order to Show Cause.


cc:     Bruce Richard Senator, Pro se
         Lynn M. Harada, SAUSA

Initials of Deputy Clerk       ch