UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. SA CV 14-813-DSF (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, the magistrate judge's report and recommendation, and plaintiff's objections to the report and recommendation. The Court has engaged in a <u>de novo</u> review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Defendant's motion to dismiss is granted.

3. Judgment shall be entered consistent with this order.

/

/

1    4.   The clerk shall serve this order and the judgment on all counsel or parties of record.

3    DATED: 2/12/15

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2