# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE RICHARD SENATOR, | ) | No. SA CV 14-813-DSF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the complaint in this matter is dismissed with prejudice.

DATED: 2/12/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE